**WIAV SOLUTIONS LLC,**
**Plaintiff–Appellant,**

v.

**MOTOROLA, INC., Defendant–**
**Appellee,**

and

**Nokia Corporation and Nokia Inc.,**
**Defendants–Appellees,**

and

**Palm, Inc., Defendant–Appellee,**

and

**Mindspeed Technologies, Inc.,**
**Defendant–Appellee,**

and

**Personal Communications Devices LLC, Personal Communications Devices Holdings, LLC, Sony Ericsson Mobile Communications AB, Sony Ericsson Mobile Communications (USA), Inc., and Utstarcom, Inc., Defendants.**

No. 2010–1266.

United States Court of Appeals,
Federal Circuit.

July 16, 2010.

**ON MOTION**

**ORDER**

Upon consideration of the joint motion to dismiss certain parties from this appeal due to settlement,

IT IS ORDERED THAT:

The motion is granted to the extent that the revised official caption is reflected above.